IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PRESTON RICHARDS, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> GECOM, CORP., ) <br> ) <br> Defendant ) | Cause No.: 1:16-cv-2669 |

**COMPLAINT FOR DAMAGES
AND REQUEST FOR JURY TRIAL**

Plaintiff, Preston Richards, by counsel and as his Complaint for Damages against Defendant, states as follows:

PARTIES, JURISDICTION AND VENUE

1. Plaintiff, Preston Richards (hereinafter "Richards"), is a resident of Dearborn County in the State of Indiana and a former employee of Defendant.

2. Defendant, GECOM Corp. (hereinafter "GECOM"), is an employer as defined by 42 U.S.C. §12101 *et. seq.* and 29 U.S.C. § 2612 *et. seq.* and conducts business in the State of Indiana.

3. Mr. Richards invokes this Court's federal question jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343(a).

4. Venue in this Court is proper pursuant to 28 U.S.C. § 1391.

GENERAL FACTS & SPECIFIC ALLEGATIONS

5. Plaintiff began his employment with Defendant on or about August 26, 2013.

6. Plaintiff had a history of anxiety disorder and panic attacks for which he was being treated.

7. On or around May 2015, Plaintiff was certified for intermittent family medical leave in connection with his anxiety disorder and panic attacks.

8. Plaintiff suffered a panic attack on October 1, 2015 after being confronted by a coworker about being on a fork truck.

9. Plaintiff notified his team leader of the panic attack and utilized his intermittent family medical leave.

10. On June 16, 2015, Defendant placed Plaintiff on a Performance Improvement Plan and subsequently modified that plan on July 21, 2015.

11. Plaintiff was then terminated by the Defendant on or about October 5, 2015, allegedly for leaving his job on October 1, 2015 with work undone.

12. Plaintiff filed a charge of discrimination with the Equal Opportunity Commission wherein she alleged discrimination under the American's with Disabilities Act of 1990 42 U.S.C. § 12101 (ADA) charge number 470-2016-00883).

13. The Equal Employment Opportunity Commission issued Plaintiff a Right-to-Sue letter on July 21, 2016.

## COUNT I

14. Plaintiff incorporates by reference paragraphs one through thirteen (13) of her complaint for damages.

15. Plaintiff suffers from a disability as defined by the Americans with Disabilities Act, specifically Anxiety Disorder with panic attacks.

16. The Defendant was aware Plaintiff's disability and/or perceived disability and refused to provide reasonable accommodation.

17. Plaintiff was able to perform the essential functions of his job, with or without reasonable accommodation.

18. The Defendant was motivated by Plaintiff's disability and/or perceived disability when it terminated his employment.

19. Non-disabled employees outside Plaintiff's protected class were treated more favorably than Plaintiff.

20. As a result of Defendant violating Plaintiff's rights as protected under the Americans with Disabilities Act, Plaintiff sustained damages including, but not limited to, lost pay and benefits, mental and emotional anguish, attorney fees and costs.

WHEREFORE, Plaintiff prays for judgment against Defendant, for reinstatement, for an award of lost wages and benefits, compensatory damages, attorney fees and costs incurred herein, and for all other appropriate relief.

## COUNT II

21. Plaintiff incorporates by reference paragraphs one through twenty (20) above.

22. During his employment with Defendant, Plaintiff was qualified for Family Medical Leave to seek treatment for his Anxiety Disorder and panic attacks.

23. Defendant was aware of Plaintiff's medical conditions.

24. Plaintiff suffered an adverse employment action when Defendant terminated his employment for taking Family Medical Leave and/or future need for Family Medical Leave.

25. Plaintiff was treated less favorably than employees without medical conditions who were less likely to utilize Family Medical Leave.

26. Defendant's termination of Plaintiff was done with malice and wanton disregard for Plaintiff's rights under the Family Medical Leave Act.

27. As a result, Plaintiff has sustained damages including, but not limited to, lost pay and benefits, attorney fees and costs.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant, for an award of back pay, job reinstatement, liquidated damages, reasonable attorney fees, costs and all other appropriate relief.

Respectfully submitted,

HENN HAWORTH CUMMINGS & PAGE


 /s/ Paul J. Cummings 
David M. Henn, #18002-49
Paul J. Cummings, #22713-41


REQUEST FOR JURY TRIAL

Plaintiff, by counsel, respectfully requests this cause be tried by jury.

Respectfully submitted,

HENN HAWORTH CUMMINGS & PAGE


  /s/ Paul J. Cummings 
David M. Henn, #18002-49
Paul J. Cummings, #22713-41

HENN HAWORTH CUMMINGS & PAGE
625 N. Madison Avenue, Suite A
Greenwood, Indiana 46142
(317) 885-0041
(888) 308-6503 Fax