UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PRESTON RICHARDS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Cause No.: 1:16-cv-02669-JMS-DML |
| GECOM, CORP., | ) ) ) |
| Defendant. | ) |

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

This matter came before the Court on the Parties' Joint Stipulation of Dismissal, and the Court being duly advised, hereby **ORDERS** that the above-captioned cause of action (including all claims that were brought or that could have been brought) be dismissed in its entirety, with prejudice, and with each party to bear its own attorneys' fees, costs, and expenses.

Date: 7/31/2017

*[signature]*
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Peter A. Morse, Jr. – pmorse@btlaw.com
Koryn M. McHone – koryn.mchone@btlaw.com
**BARNES & THORNBURG LLP**

Paul J. Cummings – paul.cummings@HHCFirm.com
David M. Henn – david.henn@HHCFirm.com
**HENN HAWORTH CUMMINGS & PAGE**